FILED
VANESSA L. ARMSTRONG, CLERK

JUL 21 2011

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# VERDICT FORM B

| United States District Court | District<br>Western District of Kentucky |
|---|---|
| Case Title<br>UNITED STATES OF AMERICA<br>v.<br>TOREE SIMS<br>KAREN JOHNSON | Docket No.<br>CRIMINAL ACTION NO. 3:05CR-121-S |

**WE, THE JURY, IN THE ABOVE ENTITLED AND NUMBERED CASE FIND :**

The defendant, Karen Johnson, NOT GUILTY as to Count 1 of the indictment.
(guilty/not guilty)

Having found the defendant, Karen Johnson, guilty as to Count 1 of the indictment, we the jury, find beyond a reasonable doubt that the conspiracy charged in Count 1 of the indictment involved the following quantity of cocaine:

__________ 5 kilograms or more

__________ 500 grams or more, but less than 5 kilograms

__________ Less than 500 grams

| Foreperson's Signature | Date |
|---|---|
| #82 | 7/21/11 |