**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**vs.** **CRIMINAL ACTION NO.: 3:05CR-121-S**

**TOREE SIMS (1)**
**KAREN JOHNSON (4)** **DEFENDANTS**

# ORDER

This case came before the court for jury trial in Louisville, Kentucky, on July 18, 19, 20, and 21, 2011. The United States was represented by Ms. Laura New, Assistant United States Attorney. Defendant Toree Sims was present, in custody, with appointed counsel, Mr. Armand I. Judah, and co-counsel Mr. Matthew Farra. Defendant Karen Johnson was present, on bond, with retained counsel, Maureen Sullivan.

On day two of the jury trial, July 19, 2011, Juror #52 was stricken for cause for the reasons stated on the record.

On day three of the jury trial, July 20, 2011, defendant/witness Troy Lanier refused to testify as ordered by the Court. Jury was recessed and a civil contempt hearing was held. Defendant/witness Lanier was present with retained counsel, Mr. Keith E. Kamenish. **IT WAS ORDERED** that Lanier was found in civil contempt and was remanded to the custody of the United States Marshal until the end of the jury trial. **IT WAS FURTHER ORDERED** that Lanier was to be returned each morning of the jury trial to determine if he was willing to testify, or to advise the custodian immediately if he changes his mind and is willing to testify. Lanier was advised by the court that should he be found guilty in contempt of the court, that any sentence received would be ordered to be served consecutive with any other sentence currently serving.

On day four of the jury trial, July 21, 2011, defendant/witness Troy Lanier was brought before the court to determine if he was willing to testify. Lanier was present with retained counsel, Keith E. Kamenish, and advised the court that he still refuses to testify. Lanier was remanded to the custody of the United States Marshal until the end of the jury trial.

The jury reported to the court on July 21, 2011, after deliberation, that it had reached a unanimous verdict of **GUILTY as to Count 1 of the Indictment as to defendant, Toree Sims**. Having found the defendant, Sims, guilty as to Count 1 of the Indictment, the jury found that the conspiracy involved five (5) kilograms or more of cocaine. The jury also reported to the court on July 21, 2011, after deliberation, that it had reached a unanimous verdict of **NOT GUILTY as to Count 1 of the Indictment as to defendant, Karen Johnson**. Upon request of defendant, Toree Sims, jury was polled and dismissed.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendant, Toree Sims, is adjudicated Guilty as to Count 1 of the Indictment, and **sentencing is set for October 25, 2011, at 2:00 p.m.**. Defendant is remanded to the custody of the United States Marshal pending sentencing in this matter.

2. Defendant, Karen Johnson, is acquitted as to Count 1 of the Indictment and is discharged of any bond conditions.

3. By agreement of all counsel, the United States shall maintain custody and control of all drugs, drug paraphernalia, scales, gloves, and baggies which were exhibits in this trial.

July 22, 2011

**Charles R. Simpson III, Judge**
**United States District Court**

Copies to:
Counsel of Record
United States Attorney
United States Probation
United States Marshal

Court Reporter: Dena Legg